# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDREW ELLIOTT, | Case No. 1:16-cv-01763-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME |
| v. | (ECF No. 10) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On May 16, 2017, the parties filed a stipulation for an extension of time for Plaintiff to serve his confidential letter brief on the Commissioner. Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff shall serve his confidential letter brief on the Commissioner on or before June 19, 2017. All corresponding deadlines in the scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated: __**May 17, 2017**__

UNITED STATES MAGISTRATE JUDGE

1